# Martelle, Bratton & Associates, P.A.

INVOICE

873 E State Street
Eagle, Idaho  83616
Phone (208) 938-8500  Fax (208) 938-8503

DATE: APRIL 6, 2013

**TO:**
Central Assembly
12000 W Fairview Ave
Boise ID 83713

**FOR:**
Bankruptcy Chapter 11 Case Number:  Not Filed

| DESCRIPTION | COSTS & EXPENSES | FEES | TOTAL |
|---|---|---|---|
| Previous Balance | | | **($3,832.00)** |
| 110 & 100 Administrative | $324.35 | $1,819.00 | $2,143.35 |
| 140 Relief from Stay/Adequate Protection | | $720.00 | $720.00 |
| 150 Meetings of and Communication with Creditors | | $560.00 | $560.00 |
| 160 Fee and Employment | | $440.00 | $440.00 |
| 210 Business Operations | | $260.00 | $260.00 |
| 210 Employee Benefits | | $1,660.00 | $1,660.00 |
| 230 Financing and Cash Collateral | | $340.00 | $340.00 |
| **Total** | $324.35 | $5,799.00 | $6,123.35 |
| **Less Monies in Trust** | | | ($3,382.00) |
| | | **BALANCE DUE** | **$2,291.35** |

**Thank you for your Business!**

### 100 &110 Administrative Matters

| | | | | | | |
|---|---|---|---|---|---|---|
| B110 | A111 | Jan 11/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| B110 | A102 | Jan 14/13 | SBB | B110 Case Administration; A102 Research | 0.50 | 100.00 |
| B110 | A106 | Jan 16/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.70 | 140.00 |
| B110 | A110 | Jan 21/13 | SBB | B110 Case Administration; A110 Manage data/files | 0.10 | 20.00 |
| B110 | A110 | Jan 23/13 | TLH | B110 Case Administration; A110 Manage data/files | 0.40 | 34.00 |
| B110 | A106 | Jan 23/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B110 | A106 | Jan 24/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.60 | 120.00 |
| B110 | A111 | Jan 25/13 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| B110 | A106 | Jan 25/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B110 | A104 | Jan 25/13 | SBB | B110 Case Administration; A104 Review Analyze<br>sbb-rev bills and information with client | 1.40 | 280.00 |
| B110 | A110 | Jan 28/13 | TLH | B110 Case Administration; A110 Manage data/files | 1.00 | 85.00 |
| B100 | A106 | Jan 28/13 | TLH | B100 Administration; A106 Communicate (with client) | 0.10 | 8.50 |
| B110 | A108 | Jan 28/13 | TLH | B110 Case Administration; A108 Communicate (other external) | 0.20 | 17.00 |
| B110 | A106 | Jan 28/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.30 | 60.00 |
| B110 | A111 | Jan 29/13 | TLH | B110 Case Administration; A111 Other | 0.20 | 17.00 |
| B110 | A111 | Jan 30/13 | TLH | B110 Case Administration; A111 Other | 0.20 | 17.00 |
| B110 | A111 | Jan 30/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| B110 | A111 | Jan 30/13 | TLH | B110 Case Administration; A111 Other | 0.20 | 17.00 |
| B110 | A111 | Jan 30/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| B110 | A111 | Feb 11/13 | SBB | B110 Case Administration; A111 Other | 0.20 | 40.00 |
| B110 | A106 | Feb 13/13 | SBB | Hearing prep and other issues - ; B110 Case Administration; A106 Communicate (with client) | 0.90 | 180.00 |
| B110 | A111 | Feb 20/13 | TLH | B110 Case Administration; A111 Other | 1.50 | 127.50 |
| B110 | A111 | Feb 21/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| B110 | A111 | Feb 21/13 | TLH | B110 Case Administration; A111 Other | 0.40 | 34.00 |
| B110 | A111 | Feb 21/13 | TLH | B110 Case Administration; A111 Other | 3.00 | 255.00 |
| B110 | A111 | Mar 19/13 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| | | | | **Our Fee** | | **$1,819.00** |

### 140 Relief From Stay/Adequate Protection

| | | | | | | |
|---|---|---|---|---|---|---|
| B140 | A107 | Jan 30/13 | SBB | B140 Relief from Stay; A107 Other | 0.30 | 60.00 |
| B140 | A106 | Feb 7/13 | SBB | B140 Relief from Stay; A108 Communicate (external) | 0.40 | 80.00 |
| B140 | A104 | Feb 11/13 | SBB | B140 Relief from Stay; A104 Review Analyze | 0.40 | 80.00 |
| B140 | A108 | Feb 13/13 | SBB | B140 Relief from Stay; A108 Communicate (external) | 0.20 | 40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| B140 | A101 | Feb 20/13 | SBB | B140 Relief from Stay; A101 Plan and Prepare | 0.50 | 100.00 |
| B140 | A109 | Feb 20/13 | SBB | B140 Relief from Stay; A109 Appear for attend | 1.00 | 200.00 |
| B140 | A108 | Feb 26/13 | SBB | B140 Relief from Stay; A108 Communicate (external) | 0.30 | 60.00 |
| B140 | A103 | Feb 26/13 | SBB | B140 Relief from Stay; A103 Draft/ revise | 0.50 | 100.00 |
| | | | | **Our Fee** | | **$720.00** |

### 150 Meeting of and Communication with Creditors

| | | | | | | |
|---|---|---|---|---|---|---|
| B150 | A101 | Feb 4/13 | SBB | B150 Meeting of Creditors; A101 Plan and Prepare | 0.80 | 160.00 |
| B150 | A109 | Feb 4/13 | SBB | B150 Meeting of Creditors; A109 Appear for/attend | 2.00 | 400.00 |
| | | | | **Our Fee** | | **$560.00** |

### 160 Fee Applications and Employment Applications

| | | | | | | |
|---|---|---|---|---|---|---|
| B160 | A103 | Jan 22/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 0.30 | 60.00 |
| B160 | A104 | Jan 23/13 | SBB | B160 Fee/Employment Applications; A104 Review Analyze | 0.20 | 40.00 |
| B160 | A109 | Feb 20/13 | SBB | B160 Fee/Employment Applications; A109 Appear for/attend | 0.20 | 40.00 |
| B160 | A103 | Feb 22/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 0.50 | 100.00 |
| B160 | A103 | Apr 6/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 1.00 | 200.00 |
| | | | | **Our Fee** | | **$440.00** |

### 210 Business Operations

| | | | | | | |
|---|---|---|---|---|---|---|
| B210 | A103 | Feb 27/13 | SBB | B210 Business Operations; A103 Draft/revise | 1.30 | 260.00 |
| | | | | **Our Fee** | | **$260.00** |

### 220 Employee Benefits

| | | | | | | |
|---|---|---|---|---|---|---|
| B220 | A102 | Jan 23/13 | SBB | B220 Employee Benefits/Pensions; A102 Research (8 hours spent on research and drafting-allocated 4 to research and 2 to drafting and no charged 2) | 4.00 | 800.00 |
| B220 | A103 | Jan 23/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise | 2.00 | 400.00 |
| B220 | A103 | Jan 24/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise | 0.40 | 80.00 |
| B220 | A108 | Jan 28/13 | SBB | B220 Employee Benefits/Pensions; A108 Communicate (other external) | 0.10 | 20.00 |
| B220 | A106 | Jan 25/13 | SBB | B220 Employee Benefits/Pensions; A106 Communicate (with client) | 0.60 | 120.00 |
| B220 | A103 | Jan 29/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise | 0.70 | 140.00 |

| | | | | | | |
|---|---|---|---|---|---|---:|
| B220 | A109 | Feb 1/13 | SBB | B220 Employee Benefits/Pensions; A109 Appear for/attend | 1.60 | 320.00 |
| B220 | A103 | Feb 5/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise | 0.80 | 160.00 |
| B220 | A103 | Feb 7/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise | 0.10 | 20.00 |
| | | | | **Our Fee** | | **$1,660.00** |

### 230 Financing and Cash Collateral

| | | | | | | |
|---|---|---|---|---|---|---:|
| B230 | A103 | Jan 24/13 | SBB | B230 Financing/Cash Collections; A103 Draft/revise of info and finish, file and set for hearing. | 1.30 | 260.00 |
| B230 | A103 | Jan 29/13 | SBB | B230 Financing/Cash Collections; A103 Draft/revise | 0.40 | 80.00 |
| | | | | **Our Fee** | | **$340.00** |

**Total Fee**    $5,799.00

**Central Assembly**  
12000 W Fairview Ave  
Boise ID 83713

Date: Monday, April 01, 2013

| <u>Task</u> | <u>Activity</u> | <u>Date</u> | INIT. | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| B110 | A111 | Jan 11/13 | TLH | B110 Case Administration; A111 Other TLH:   Filed List of 20 Largest Unsecured Creditors and List of Equity Security Holders with the Court through ECF separately as required in Corrective Action. | 0.30 | 25.50 |
| B110 | A102 | Jan 14/13 | SBB | B110 Case Administration; A102 Research<br>sbb-set up working folder, research and determine items needing to be taken care of this week, first day motions Initial Financial report,=and other misc. items. | 0.50 | 100.00 |
| B110 | A106 | Jan 16/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.70 | 140.00 |
| B110 | A110 | Jan 21/13 | SBB | B110 Case Administration; A110 Manage data/files<br>sbb-rev notice of appearance for Syringa bank. S. Schwager | 0.10 | 20.00 |
| B160 | A103 | Jan 22/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br>sbb-revised disclosure statement to more | 0.30 | 60.00 |
| B110 | A110 | Jan 23/13 | TLH | B110 Case Administration; A110 Manage data/files<br><br>TLH:   Amended Disclosure of Attorney Compensation and filed said document with the Court through ECF. | 0.40 | 34.00 |
| B160 | A104 | Jan 23/13 | SBB | B160 Fee/Employment Applications; A104 Review Analyze<br>sbb-rev changes made to disclosure of compensation, signed and had TLH file | 0.20 | 40.00 |
| B220 | A102 | Jan 23/13 | SBB | B220 Employee Benefits/Pensions; A102 Research<br>(8 hours spent on research and drafting-allocated 4 to research and 2 to drafting and no charged 2)<br><br>sbb-research motion to pay prepetition wages, spoke to UST office about potential issues, rev all resources on hand. | 4.00 | 800.00 |
| B220 | A103 | Jan 23/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise<br>(8 hours spent on research and drafting-allocated 4 to research and 2 to drafting and no charged 2)<br><br>sbb-drafted motion to approve pre-petition wages made numerous changes | 2.00 | 400.00 |
| B110 | A106 | Jan 23/13 | SBB | B110 Case Administration; A106 | 0.20 | 40.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Communicate (with client) sbb-emailed client in prep for tomorrow meeting | | |
| B110 | A106 | Jan 24/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.60 | 120.00 |
| B220 | A103 | Jan 24/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise sbb-finished drafting motion for wages, need info from client to finish and file. Will need to set for hearing | 0.40 | 80.00 |
| B230 | A103 | Jan 24/13 | SBB | B230 Financing/Cash Collections; A103 Draft/revise sbb-began drafting motion for use of cash collateral. Need a few other pieces of info and finish, file and set for hearing. | 1.30 | 260.00 |
| B110 | A111 | Jan 25/13 | TLH | B110 Case Administration; A111 Other TLH: Amended Schedule E to disclose Employees owed pre-petition wages. Filed Amended Schedule E and Amended Declaration of Schedules with the Court through ECF. | 0.50 | 42.50 |
| B220 | A106 | Jan 25/13 | SBB | B220 Employee Benefits/Pensions; A106 Communicate (with client) | 0.60 | 120.00 |
| B110 | A106 | Jan 25/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B110 | A104 | Jan 25/13 | SBB | B110 Case Administration; A104 Review Analyze sbb-rev bills and information with client | 1.40 | 280.00 |
| B110 | A110 | Jan 28/13 | TLH | B110 Case Administration; A110 Manage data/files TLH: Amended Schedules D, E, and F with pre-petition debts. | 1.00 | 85.00 |
| B100 | A106 | Jan 28/13 | TLH | B100 Administration; A106 Communicate (with client) | 0.10 | 8.50 |
| B110 | A108 | Jan 28/13 | TLH | B110 Case Administration; A108 Communicate (other external) TLH: Uploaded Mailing project through Cos.com containing COS and Amended Schedules D, E, and F. | 0.20 | 17.00 |
| B110 | A106 | Jan 28/13 | SBB | B110 Case Administration; A106 Communicate (with client) sbb-rev email and responded | 0.30 | 60.00 |
| B220 | A108 | Jan 28/13 | SBB | B220 Employee Benefits/Pensions; A108 Communicate (other external) spoke with clerk re:hearing date and if possible we are going to try to set for the 1st but may have to be the 14th. | 0.10 | 20.00 |
| B110 | A111 | Jan 29/13 | TLH | B110 Case Administration; A111 Other TLH: Uploaded Mailing Project to Cos.com for Notice of Hearing Application to Employ Counsel and the | 0.20 | 17.00 |

| Task | Activity | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| B230 | A103 | Jan 29/13 | SBB | B230 Financing/Cash Collections; A103 Draft/revise sbb-drafted NOH for hearing on cash collateral (and app to employ) had TLH mail and file cos Motion for Use of Cash Collateral. | 0.40 | 80.00 |
| B220 | A103 | Jan 29/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise sbb-rev file and information, amended motion for payroll and filed with court. drafted NOH and filed w/court, submitted proposed order re:hearing friday. | 0.70 | 140.00 |
| B140 | A107 | Jan 30/13 | SBB | B140 Relief from Stay; A107 Other sbb-rev email from Schwager, Syringa | 0.30 | 60.00 |
| B110 | A111 | Jan 30/13 | TLH | B110 Case Administration; A111 Other TLH: Filed Amended List of Creditors Holdings 20 Largest Unsecured Claims with the Court through ECF. | 0.20 | 17.00 |
| B110 | A111 | Jan 30/13 | TLH | B110 Case Administration; A111 Other TLH: Re-filed NOH with COS for Application to Employ and Use of Cash Collateral. | 0.30 | 25.50 |
| B110 | A111 | Jan 30/13 | TLH | B110 Case Administration; A111 Other TLH: Filed Amended List of Creditors Holdings 20 Largest Unsecured Claims with the Court through ECF. | 0.20 | 17.00 |
| B110 | A111 | Jan 30/13 | TLH | B110 Case Administration; A111 Other TLH: Re-filed NOH with COS for Application to Employ and Use of Cash Collateral. | 0.30 | 25.50 |
| B220 | A109 | Feb 1/13 | SBB | B220 Employee Benefits/Pensions; A109 Appear for/attend BK HRG - Central Assembly (Emergency Hearing on Payroll) sbb-travel and attend hearing on pre-petition payroll. Spoke with atty | 1.60 | 320.00 |
| B150 | A101 | Feb 4/13 | SBB | B150 Meeting of Creditors; A101 Plan and Prepare sbb-rev file, travel and met with client in connection w/IDI | 0.80 | 160.00 |
| B150 | A109 | Feb 4/13 | SBB | B150 Meeting of Creditors; A109 Appear for/attend sbb-rev file, travel and met with client in connection w/IDI | 2.00 | 400.00 |
| B220 | A103 | Feb 5/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise sbb-rev file, drafted order, sent to UST, she approved as to form. Sent to Schwager, emailed Sweney to find out if he would approve or needed additional information. | 0.80 | 160.00 |
| B220 | A103 | Feb 7/13 | SBB | B220 Employee Benefits/Pensions; A103 Draft/revise sbb-rev approvals on order and sent to | 0.10 | 20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Pappas orders | | |
| B140 | A106 | Feb 7/13 | SBB | B140 Relief from Stay; A108 Communicate (external) Sbb-rev mtn from Syringa Rev and discuss w/KR MtWst | 0.40 | 80.00 |
| B140 | A104 | Feb 11/13 | SBB | B140 Relief from Stay; A104 Review Analyze Sbb-stip Swen/Glacier, respond | 0.40 | 80.00 |
| B110 | A111 | Feb 11/13 | SBB | B110 Case Administration; A111 Other sbb-spoke with Debbie at court to discuss progress of order and hearing on Feb 20th. Everything appears in order for hearing | 0.20 | 40.00 |
| B110 | A106 | Feb 13/13 | SBB | Hearing prep and other issues - ; B110 Case Administration; A106 Communicate (with client) sbb-rev file and emailed client a list of what is needed. rev file in preparation for meeting with client. called client and discussed upcoming hearing and remaining documentation we need to provide went over monthly operating reports and how to fill those out and what info is | 0.90 | 180.00 |
| B140 | A108 | Feb 13/13 | SBB | B140 Relief from Stay; A108 Communicate (external) Sbb-email bank counsel Rev and discuss w/KR MtWst | 0.20 | 40.00 |
| B140 | A101 | Feb 20/13 | SBB | B140 Relief from Stay; A101 Plan and Prepare Sbb-rev file and wrote arguments for hearing today. further research (1.5 hours total only billed .5) | 0.50 | 100.00 |
| B140 | A109 | Feb 20/13 | SBB | B140 Relief from Stay; A109 Appear for attend Sbb-attend hearing on cash collateral and stipulations motion granted amended by the stipulations need to draft order. | 1.00 | 200.00 |
| B110 | A111 | Feb 20/13 | TLH | B110 Case Administration; A111 Other TLH:  Worked on January 2013 Monthly Operating Report and filed with the Court. | 1.50 | 127.50 |
| B160 | A109 | Feb 20/13 | SBB | B160 Fee/Employment Applications; A109 Appear for/attend sbb-travel and attend hearing. Application approved, need order | 0.20 | 40.00 |
| B110 | A111 | Feb 21/13 | TLH | B110 Case Administration; A111 Other TLH:  Prepared Certificate of Resolution and filed with the Court through ECF relating it to Chapter 11 Petition. | 0.30 | 25.50 |
| B110 | A111 | Feb 21/13 | TLH | B110 Case Administration; A111 Other TLH:  Filed Amended Statement of Financial Affairs with the Court stating Debtor Amending SOFA # 23 to Disclose Insider Payments.   Filed Amended SOFA | 0.40 | 34.00 |

SigPage with the Court through ECF.

| Code | | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| B110 | A111 | Feb 21/13 | TLH | B110 Case Administration; A111 Other<br><br>TLH:  Prepared January 2013 Monthly Operating Report and filed said document with Exhibits A-G with the Court through ECF. | 3.00 | 255.00 |
| B160 | A103 | Feb 22/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br>sbb-rev file and drafted order, sent to MK@UST<br>sbb-recvd approval from UST, sent to Pappas orders | 0.50 | 100.00 |
| B140 | A108 | Feb 26/13 | SBB | B140 Relief from Stay; A108 Communicate (external)<br>Sbb-rev w/S- Syringa | 0.30 | 60.00 |
| B140 | A103 | Feb 26/13 | SBB | B140 Relief from Stay; A103 Draft/ revise<br>Sbb-proposed order | 0.50 | 100.00 |
| B210 | A103 | Feb 27/13 | SBB | B210 Business Operations; A103 Draft/revise<br>sbb-rev multiple budgets and financial statements from client for projected budget and historical 3 years. Drafted budget for order on cash collateral to include with the order<br><br>sbb-added Jan and Feb to budget per Schwager request | 1.30 | 260.00 |
| B110 | A111 | Mar 19/13 | TLH | B110 Case Administration; A111 Other<br><br>TLH:   Finalized February 2013 Monthly Operating Report and filed said document with the Court through ECF. | 0.50 | 42.50 |
| B160 | A103 | Apr 6/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br><br>sbb-drafted invoice, drafted application and affidavit for fees. called clerk for hearing date and time May 1 at 9 am as other hearing already set. drafted NOH. filed all,   had all mailed through cos.com | 1.00 | 200.00 |
| | | | | **Our Fee** | 40.65 | **$5,799.00** |

### Non-Taxable Expenses

| Expense Code | Description | Amount |
|---|---|---|
| E108 | Mailed signed Receipt and Certification Concerning Chapter 11 Guidelines and Reporting Requirements to US Trustee. | 0.45 |
| E108 | Idaho State UCC Lien Premium Search.   Transaction ID:   4858952 | 12.00 |
| E112 | Filing Fee to add additional creditors (Employees for Pre-Petition Wages) | 100.00 |

| | | |
|---|---|---|
| E108 | Mailed Trustee Bank Statements which were omitted from Initial Financial Report. | 0.66 |
| E108 | ECF Charges to pull 341 Notice Meeting of Creditors and Amended Schedules to attach to COS for uploading mailing through COS.Com. | 1.80 |
| E112 | Filing Fee for adding additional creditors and amending Schediules D, E, and F. | 30.00 |
| E108 | 1/29/2013 COS Amended Schedules D, E, and F<br>Printing   # of pages per set:18   # of addresses: 61   109.80<br>1/29/2013<br>Mailing   # of addresses: 61   Per stamp cost: 0.46   28.06 | 137.86 |
| E108 | 1/30/2013 COS NOH Application to Employ Counsel<br>Printing   # of pages per set:2   # of addresses: 63   12.60<br>1/30/2013<br>Mailing   # of addresses: 63   Per stamp cost: 0.46   28.98 | 41.58 |

|  |  |
|---|---|
| Total   Non-Taxable Expenses | 324.35 |
| **Total Expenses** | **$324.35** |
| **TOTAL NEW CHARGES** | **$6,123.35** |