EXHIBIT "A"
INFORMATION FOR UNITED STATES TRUSTEE'S
FEE AND EXPENSE GUIDELINES
(Central Assembly Christian Life Center)
Case No. 13-00043-JDP

I. **INFORMATION ABOUT THE APPLICANT AND APPLICATION.**
The following information must be provided on all applications for compensation and reimbursement of expenses:

| | | |
|---|---|---|
| 1. | Date the bankruptcy petition was filed: | 1/13/2013 (Doc 1) |
| | Date the application requesting approval of employment was filed: | 1/13/2013 (Doc 6) |
| | Date the order approving employment of applicant was signed: | 2/25/2013 (Doc 49) |
| | Identify of the party represented in this case: | Debtor |
| | If applicant seeking compensation under a provision of the Bankruptcy Code other than Section 330, state which section: | None |
| 2. | Terms and conditions of employment and compensation: | Standard Hourly Rates |
| | Source of compensation: | Debtor |
| | Identify the existence and terms controlling the use of any retainer received from any party for providing services in this case: | None |
| | Identify any budgetary or other limitations on fees: | None as Such |
| 3. | Names and hourly rates of applicant's professionals and and paraprofessionals who are requesting compensation: | Sarah B. Bratton $200<br>Traci L. Hossfeld $85 |
| | Explanation of any changes in hourly rates: | |
| | Is the requested compensation based on the customary compensation charged by comparably skilled practitioners in cases other than cases under Title 11? | Yes |

II. **CASE STATUS.**
(complete for chapter 7 or 11 cases)

| | | |
|---|---|---|
| A. | Amount of cash on hand or in deposit | None |
| B. | Amount and nature of accrued unpaid administrative expenses (include trustee) | None |
| C. | The amount of unencumbered funds in the estate. | Unknown |
| D. | Operating profit or loss, if applicable. | N/A |
| E. | If a chapter 7 case then identify exhibit | N/A |



        which contains summary of the administration of the case, including estimated case closure date and if requested, feasibility of interim payment.

F.    If a chapter11 case then identify exhibit which contains summary discussing if or when a disclosure statement and plan have been filed and whether quarterly fees and monthly financial reports have been paid or filed     **Disclosure Statement and Plan are filed Anticipate future filing of amended Disclosure Statement. All quarterly fees and monthly financial reports are paid and filed**

II    **PROJECT SUMMARY.**

    Identify each discrete project or task for which compensation or reimbursement of expenses is sought. Each project itemization must include, <u>on a separate attachment</u>:     **See Attached**

a.    Description of the project, its necessity and benefit to the estate and the status of the project.     **See Attached**

b.    Identification of each person providing billable services on the project.     **See Attached**

c.    A statement of the number of hours spent and amount of compensation requested for each professional for each project.     **See Attached**

d.    Itemized time and service entries including chronologically listing the date of service, description of service and time spent providing service.     **See Attached**

# Martelle, Bratton & Associates, P.A.

**INVOICE**

873 E State Street
Eagle, Idaho 83616
Phone (208) 938-8500  Fax (208) 938-8503

DATE: NOVEMBER 12, 2013

**TO:**
Central Assembly
12000 W Fairview Ave
Boise ID 83713

**FOR:**
Bankruptcy Chapter 11 Case Number: 13-00043 JDP

| DESCRIPTION | COSTS & EXPENSES | FEES | TOTAL |
|---|---|---|---|
| Previous Balance | | | ($0.00) |
| 110 & 100 Administrative | $563.72 | $2,168.75 | $2,732.47 |
| 130 Asset Disposition & 250 Real Estate | | $420.00 | $420.00 |
| 140 Relief from Stay/Adequate Protection | | $200.00 | $200.00 |
| 160 Fee and Employment | | $1,540.00 | $1,540.00 |
| 190 Other Contested Matters | | $260.00 | $260.00 |
| 200 & 210 Business Operations | | $160.00 | $160.00 |
| 230 Financing and Cash Collateral | | $80.00 | $80.00 |
| 320 Plan and Disclosure Statement | | $3,560.00 | $3,560.00 |
| **Total** | $563.72 | $8,388.75 | $8,952.47 |
| | | **BALANCE DUE** | **$8,952.47** |

Thank you for your Business!



EXHIBIT
B-1

### 100 &110 Administrative Matters

| | | | | | | |
|---|---|---|---|---|---:|---:|
| B110 | A111 | Apr 19/13 | TLH | B110 Case Administration; A111 Other TLH: Redacted and filed March 2013 | 0.50 | 42.50 |
| B110 | A111 | May 10/13 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| B110 | A106 | May 13/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B110 | A111 | May 21/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| B110 | A111 | May 21/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| B110 | A104 | May 21/13 | SBB | B110 Case Administration; A104 Review Analyze | 0.30 | 60.00 |
| B100 | A106 | May 22/13 | SBB | B100 Administration; A106 Communicate (with client) | 0.50 | 100.00 |
| B110 | A106 | May 24/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B110 | A106 | Jun 5/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B110 | A106 | Jun 17/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B110 | A111 | Jun 21/13 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| B110 | A111 | Jul 22/13 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| B110 | A111 | Jul 23/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| B110 | A111 | Aug 14/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| B110 | A106 | Aug 21/13 | SBB | Reviewing; B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B110 | A111 | Aug 22/13 | TLH | Consultation with; B110 Case Administration; A111 Other | 0.40 | 34.00 |
| B110 | A111 | Sep 18/13 | TLH | B110 Case Administration; A111 Other | 2.00 | 170.00 |
| B110 | A111 | Sep 19/13 | TLH | B110 Case Administration; A111 Other | 2.50 | 212.50 |
| B110 | A111 | Sep 24/13 | TLH | B110 Case Administration; A111 Other | 0.40 | 34.00 |
| B110 | A111 | Sep 25/13 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| B110 | A111 | Sep 26/13 | TLH | B110 Case Administration; A111 Other | 0.40 | 34.00 |
| B110 | A111 | Oct 3/13 | TLH | B110 Case Administration; A111 Other | 3.00 | 255.00 |
| B110 | A111 | Oct 4/13 | TLH | B110 Case Administration; A111 Other | 4.25 | 361.25 |
| B110 | A111 | Oct 7/13 | SBB | B110 Case Administration; A111 Other | 1.50 | 300.00 |
| B110 | A111 | Oct 23/13 | TLH | B110 Case Administration; A111 Other | 0.80 | 68.00 |
| B110 | A111 | Oct 25/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| | | | | **Our Fee** | | **$2,168.75** |

### 130 Asset Disposition & 250 Real Estate

| | | | | | | |
|---|---|---|---|---|---:|---:|
| B130 | A106 | Jun 24/13 | SBB | B130 Asset Disposition; A106 Communicate (with client) | 0.30 | 60.00 |
| B130 | A106 | Jul 22/13 | SBB | B130 Asset Disposition; A106 Communicate (with client) | 0.40 | 80.00 |
| B250 | A102 | Jun 25/13 | SBB | B250 Real Estate; A102 Research | 1.10 | 220.00 |
| B250 | A108 | Jul 15/13 | SBB | B250 Real Estate; A108 Communicate (other external) | 0.30 | 60.00 |
| | | | | **Our Fee** | | **$420.00** |

### 140 Relief From Stay/Adequate Protection

| | | | | | | |
|---|---|---|---|---|---:|---:|
| B140 | A109 | Aug 21/13 | SBB | BK STIP HRG - Central Assembly - B140 Relief from Stay/Adequate Protection Proceedings; A109 Appear for/attend; | 1.00 | 200.00 |
| | | | | **Our Fee** | | **$200.00** |

## 160 Fee Applications and Employment Applications

| | | | | | | |
|---|---|---|---|---|---|---|
| B160 | A103 | Apr 6/13 | SBB | B160 Fee/Employment Applications; | 1.00 | 200.00 |
| B160 | | Apr 29/13 | SBB | B160 Fee/Employment Applications; A106 Communicate (with client) | 0.40 | 80.00 |
| B160 | A109 | May 1/13 | SBB | B160 Fee/Employment Applications A109 Appear for/attend | 1.00 | 200.00 |
| B160 | A103 | May 1/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 0.30 | 60.00 |
| B160 | A104 | May 2/13 | SBB | B160 Fee/Employment Applications; A104 Review Analyze | 0.60 | 120.00 |
| B160 | A108 | May 2/13 | SBB | B160 Fee/Employment A108 Communicate (other external) | 0.10 | 20.00 |
| B160 | A103 | May 6/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 1.40 | 280.00 |
| B160 | A108 | May 9/13 | SBB | B160 Fee/Employment Applications; A108 Communicate (other external) | 0.30 | 60.00 |
| B160 | A103 | May 10/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 0.40 | 80.00 |
| B160 | A103 | Jun 12/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 0.70 | 140.00 |
| B160 | A103 | Nov 4/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 1.50 | 300.00 |
| | | | | **Our Fee** | | **$1,540.00** |

## 190 Other Contested Matters

| | | | | | | |
|---|---|---|---|---|---|---|
| B190 | A103 | Sep 24/13 | SBB | B190 Other Contested Matters (excluding assumption/rejection motions); A103 Draft/revise | 1.30 | 260.00 |
| | | | | **Our Fee** | | **$260.00** |

## 200 &210 Business Operations

| | | | | | | |
|---|---|---|---|---|---|---|
| B200 | A106 | Sep 13/13 | SBB | Reviewing; B200 Operations; A106 Communicate (with client) | 0.80 | 160.00 |
| | | | | **Our Fee** | | **$160.00** |

## 230 Financing and Cash Collateral

| | | | | | | |
|---|---|---|---|---|---|---|
| B230 | A106 | May 22/13 | SBB | B230 Financing/Cash Collections; A106 Communicate (with client) | 0.40 | 80.00 |
| | | | | **Our Fee** | | **$80.00** |

## 320 Plan and Disclosure Statement

| | | | | | | |
|---|---|---|---|---|---|---|
| B320 | A103 | Sep 25/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 0.90 | 180.00 |
| B320 | A106 | Oct 2/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) | 0.50 | 100.00 |
| B320 | A103 | Oct 2/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 3.70 | 740.00 |
| B320 | A103 | Oct 4/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise sbb-Final Draft disc and plan all | 2.40 | 480.00 |

| Code | Task | Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| B320 | A104 | Nov 4/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A104 Review Analyze | 0.60 | 120.00 |
| B320 | A109 | Nov 6/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A109 Appear for/attend | 1.60 | 320.00 |
| B320 | A103 | Sep 13/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 3.30 | 660.00 |
| B320 | A106 | Sep 13/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) | 0.30 | 60.00 |
| B320 | A103 | Sep 18/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 2.20 | 440.00 |
| B320 | A103 | Sep 24/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; 103 Draft/revise | 1.90 | 380.00 |
| B320 | A106 | Jun 19/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) | 0.40 | 80.00 |

**Our Fee** $3,560.00

## NON-TAXABLE EXPENSES:

| Expense Code | Description | Amount |
|---|---|---|
| 42 | Mailed Objection of Creditors Motion to [ creditors in mailing matrix and Collective Notice. Printing at 58 pages x .10 = $5.80 and 58 x .46 = $19.12. | 24.92 |
| 42 | Printing and Mailing of August 2013 Mon Operating Report. | 23.76 |
| 42 | COS NOH Plan, Disclosure Statement, a | 515.04 |

Total    Non-Taxable Expenses          563.72

**Total Expenses**          $563.72

**Total Fee**          $8,952.47

**Central Assembly**
12000 W Fairview Ave
Boise ID 83713

**Date:** Monday, November 12, 2013
**File Number:** 3438/008
**Invoice Number:** 5275

Re: CHAPTER 11



| Task | Activity | Date | INIT. | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| B160 | A103 | Apr 6/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br><br>sbb-finalized invoice, drafted interim app, finalized, filed and mailed | 1.00 | 200.00 |
| B110 | A111 | Apr 19/13 | TLH | B110 Case Administration; A111 Other TLH:  Redacted and filed March 2013 Monthly Operating Report with the Court through ECF. | 0.50 | 42.50 |
| B160 | A106 | Apr 29/13 | SBB | B160 Fee/Employment Applications; A106 Communicate (with client)<br><br>SBB PC Ted Buck  - Per your request phoned client and told him we need Mark Bottles bio in order to file and told him it'd take 21-30 days before approved. He has concerns with timeline.<br><br>Sbb-discussed that I have what I need as of this morning from realtor, anticipate having done on Wednesday, will file and set for hearing ASAP. Could take a few weeks, don't see a problem "showing" property at convention in Las Vegas mid-May as long as realtor knows can't get paid and any transaction ultimately needs approved by the court. | 0.40 | 80.00 |
| B160 | A109 | May 1/13 | SBB | BK NOH APP COMP - Central Assembly B160 Fee/Employment Applications; A109 Appear for/attend<br><br>sbb-rev file, made notes, travel and attend hearing. No objections, fees approved. | 1.00 | 200.00 |
| B160 | A103 | May 1/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br><br>sbb-drafted proposed order on fees and sent to UST for approval, set reminders | 0.30 | 60.00 |
| B160 | A104 | May 2/13 | SBB | B160 Fee/Employment Applications; | 0.60 | 120.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| B160 | A108 | May 2/13 | SBB | A104 Review Analyze<br><br>sbb-began making notes and drafting employment application for realtor; Proposed order from UST and submitted to court - ; B160 Fee/Employment Applications<br><br>sbb-recvd order from M.K.@UST forwarded to JDP orders; A108 Communicate (other external) | 0.10 | 20.00 |
| B160 | A103 | May 6/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br><br>sbb-drafted and finalized application to employ realtor, affidavit and attachments, sent for approval<br><br>Sbb-recvd his approval, sent to agent for approval and signature | 1.40 | 280.00 |
| B160 | A108 | May 9/13 | SBB | B160 Fee/Employment Applications; A108 Communicate (other external)<br><br>sbb-discussed affidavit w/realestate firm and listing and marketing property | 0.30 | 60.00 |
| B160 | A103 | May 10/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise<br><br>sbb-finalized application for employment w/negative notice. Had TLH mail and file | 0.40 | 80.00 |
| B110 | A111 | May 10/13 | TLH | B110 Case Administration; A111 Other<br><br>TLH:  Uploaded Mailing Project of Application of Debtors-in-Possession to Employ Real Estate Broker and Affidavit with Cos.com.   Filed said documents with the Court through ECF.   Per email received by US Trustee, filed Real Estate Seller Representation Agreement that was supposed to be attached to the Application to Employ the Realtor. | 0.50 | 42.50 |
| B110 | A106 | May 13/13 | SBB | B110 Case Administration; A106 Communicate (with client)<br>Sbb-email from individual about child attending the school, forwarded to Pastor | 0.20 | 40.00 |
| B110 | A111 | May 21/13 | TLH | B110 Case Administration; A111 Other<br><br>TLH:   Filed UST-2D Reports with the Court through ECF for January, February, and March 2013 Monthly Operating Reports. | 0.30 | 25.50 |
| B110 | A111 | May 21/13 | TLH | B110 Case Administration; A111 Other<br><br>TLH:   Filed April 2013 Monthly Operating Report with the Court through ECF. | 0.30 | 25.50 |
| B110 | A104 | May 21/13 | SBB | B110 Case Administration; A104 Review Analyze<br><br>sbb-rev MOR and noted additional | 0.30 | 60.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | information we need to file. TLH to file today. | | |
| B100 | A106 | May 22/13 | SBB | B100 Administration; A106 Communicate (with client) | 0.50 | 100.00 |
| | | | | sbb-rev numerous emails and emailed client regarding issues that needed handled ASAP, including MOR issues w/UST, issues with Moutnain West on expeiring note and issues with property insurance. | | |
| B230 | A106 | May 22/13 | SBB | B230 Financing/Cash Collections; A106 Communicate (with client) | 0.40 | 80.00 |
| | | | | sbb-recvd email from client re:negotation with Mountain west, he will do that with bank directly, insurance issue has been resolved and remaining issues should be resolved shortly | | |
| | | | | sbb-emailed bank approval to work directly with the Pastor | | |
| B110 | A106 | May 24/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| | | | | sbb-rev email from J@UST and emailed client | | |
| B110 | A106 | Jun 5/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| | | | | sbb-rev email from client that he is getting documentation on insurance of addl vehicles that the UST requested, they are insured through a different company. Set reminder | | |
| B160 | A103 | Jun 12/13 | SBB | B160 Fee/Employment Applications; A103 Draft/revise | 0.70 | 140.00 |
| | | | | Stmt of no objection on app to employ realtor and proposed order - | | |
| | | | | sbb-rev file, drafted and filed stmt of no objection. Drafted proposed order and sent to UST for review and approval; | | |
| B110 | A106 | Jun 17/13 | SBB | B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| B100 | A106 | Jun 19/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) | 0.40 | 80.00 |
| | | | | sbb-discussed moving forward with plan drafting and how to proceed with client, answered questions about what needed done in the meantime and where we were with items; B100 Administration | | |
| B110 | A111 | Jun 21/13 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| | | | | TLH:   Redacted, prepared, and filed May | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 2013 Monthly Operating Report with the Court through ECF. | | |
| B130 | A106 | Jun 24/13 | SBB | B130 Asset Disposition; A106 Communicate (with client) | 0.30 | 60.00 |
| | | | | sbb-responded to client email | | |
| B250 | A102 | Jun 25/13 | SBB | B250 Real Estate; A102 Research | 1.10 | 220.00 |
| | | | | sbb-researched effects of sale of property before confirmation or after. Made notes on items that will need to be considered. Major impact will be how it affects acceptance of the plan.  There are no seperate tax consquences as they are a corporation. | | |
| B250 | A108 | Jul 15/13 | SBB | B250 Real Estate; A108 Communicate (other external) | 0.30 | 60.00 |
| | | | | sbb-comminicated with realtor via email on process to accept the offer and move forward with the sale. | | |
| B110 | A111 | Jul 22/13 | TLH | B110 Case Administration; A111 Other | 0.50 | 42.50 |
| | | | | TLH:   Redacted, prepared, and filed June 2013 Monthly Operating Report with the Court through ECF. | | |
| B130 | A106 | Jul 22/13 | SBB | B130 Asset Disposition; A106 Communicate (with client) | 0.40 | 80.00 |
| | | | | sbb-rev file, clients email and creditors email. Emailed client | | |
| B110 | A111 | Jul 23/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| | | | | TLH:   Filed as a Supplement to June 2013 Monthly Operating Report, renewed Workers Compensation and Employers Liability Insurance Policy. | | |
| B110 | A111 | Aug 14/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |
| | | | | TLH:   Phoned client and reviewed in detail what it is the Trustee needs documentation on pertaining to checks written and ATM cash withdrawals. follow-up on providing Trustee progress information on sale of land. | | |
| B110 | A106 | Aug 21/13 | SBB | Reviewing; B110 Case Administration; A106 Communicate (with client) | 0.20 | 40.00 |
| | | | | sbb-rev file and email client with info we need re:real estate and concerns of UST | | |
| B100 | A109 | Aug 21/13 | SBB | BK STIP HRG - Central Assembly - sbb-travel and attend hearing; B140 Relief from Stay/Adequate Protection Proceedings; A109 Appear for/attend; B100 Administration | 1.00 | 200.00 |
| B110 | A111 | Aug 22/13 | TLH | Consultation with; B110 Case Administration; A111 Other | 0.40 | 34.00 |
| | | | | TLH:   Assembled, Redacted, and Filed | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| B200 | A106 | Sep 13/13 | SBB | July 2013 Monthly Operating Report with the Court through ECF. Reviewing; B200 Operations; A106 Communicate (with client) | 0.80 | 160.00 |
| | | | | sbb-met with client and went through monthly operating reports and items that needed clarified, made notes of info to provide to UST. Discussed ways to operate that would make the reports easier and more clear. He will be working on cleaning that up. Emailed J@UST | | |
| B100 | A103 | Sep 13/13 | SBB | Reviewing; B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 3.30 | 660.00 |
| B100 | A106 | Sep 13/13 | SBB | sbb-drafted portions of plan, and basic info for disc; B100 Administration Reviewing;   B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) | 0.30 | 60.00 |
| | | | | sbb-disc options and wording for plan and things that we needed and how to approach the plan.;; B100 Administration | | |
| B110 | A111 | Sep 18/13 | TLH | B110 Case Administration; A111 Other | 2.00 | 170.00 |
| B100 | A103 | Sep 18/13 | SBB | TLH:   Worked on Chapter 11 Plan and Disclosure Statements for SBB review. B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 2.20 | 440.00 |
| B110 | A111 | Sep 19/13 | TLH | sbb-first draft of disclosure statement; B100 Administration B110 Case Administration; A111 Other | 2.50 | 212.50 |
| B110 | A111 | Sep 24/13 | TLH | TLH:   Updated Disclosure Statement B110 Case Administration; A111 Other | 0.40 | 34.00 |
| B100 | A103 | Sep 24/13 | SBB | TLH:   Pulled together Professional Fees and emailed to SBB in preparation for working on Plan. B320 Plan and Disclosure Statement (including Business Plan; 103 Draft/revise sbb-worked on disclosure statement and treatment of claims; B100 Administration | 1.90 | 380.00 |
| B100 | A103 | Sep 24/13 | SBB | B190 Other Contested Matters (excluding assumption/rejection motions); A103 Draft/revise | 1.30 | 260.00 |
| B110 | A111 | Sep 25/13 | TLH | sbb-drafted objection to creditor motion to dismiss, filed and mailed; B100 B110 Case Administration; A111 Other | 0.50 | 42.50 |
| | | | | TLH:   Redacted August 2013 Monthly | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Operating Report and prepared documents for filing. Emailed client to confirm that no minor children are being disclosed. | | |
| B100 | A103 | Sep 25/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 0.90 | 180.00 |
| | | | | sbb-revised disc and plan based on MM suggestion and further research.; B100 Administration | | |
| B110 | A111 | Sep 26/13 | TLH | B110 Case Administration; A111 Other | 0.40 | 34.00 |
| | | | | TLH: Prepared and Filed August 2013 Monthly Operating Report and Supporting Documents with the Court through ECF. | | |
| B100 | A106 | Oct 2/13 | SBB | Reviewing; B320 Plan and Disclosure Statement (including Business Plan; A106 Communicate (with client) | 0.50 | 100.00 |
| | | | | sbb-multiple emails with client about items to finalize plan and disclosure.; B100 Administration | | |
| B100 | A103 | Oct 2/13 | SBB | Reviewing; B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 3.70 | 740.00 |
| | | | | sbb-finalized wording on treatment of claims for plan and disclosure made other changes as needed.; B100 Administration | | |
| B110 | A111 | Oct 3/13 | TLH | B110 Case Administration; A111 Other | 3.00 | 255.00 |
| | | | | TLH: Reviewed Plan and Disclosure Statement. | | |
| B110 | A111 | Oct 4/13 | TLH | B110 Case Administration; A111 Other | 4.25 | 361.25 |
| | | | | TLH: Revised, edited Chapter 11 Plan of Reorganization and Disclosure Statement. | | |
| B100 | A103 | Oct 4/13 | SBB | B320 Plan and Disclosure Statement (including Business Plan; A103 Draft/revise | 2.40 | 480.00 |
| | | | | sbb-Final Draft disc and plan all necessary info for filing; B100 Administration | | |
| B110 | A111 | Oct 7/13 | SBB | B110 Case Administration; A111 Other | 1.50 | 300.00 |
| | | | | sbb-rev all info, called clerk to verify Nov 6 hearing. Drafted NOH, saved all info and filed Plan, Disc, NOH had TLH do cos when we have confirmation from cos.com | | |
| B110 | A111 | Oct 23/13 | TLH | B110 Case Administration; A111 Other | 0.80 | 68.00 |
| | | | | TLH: Redacted and filed September 2013 Monthly Operating Report with the Court through ECF. | | |
| B110 | A111 | Oct 25/13 | TLH | B110 Case Administration; A111 Other | 0.30 | 25.50 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  |  | LH: Recv'd and reviewed Return to Sender mail correspondence for AA Sanitation Service LLC pertaining to Disclosure Statement and Chapter 11 Plan. Return to Sender. Updated Best Case CCL. Filed Notice of Creditor Change of Address with the Court through ECF and updated Creditor Matrix. Re-sent correspondence to creditor at new address. Input postage expense into Amicus Accounting. |  |  |
| B100 | A104 | Nov 4/13 | SBB | Reviewing; B320 Plan and Disclosure Statement (including Business Plan; A104 Review Analyze<br><br>sbb-rev creditor objection to disclosure statement, going to need to amend disclosure and plan both.; B100 Administration | 0.60 | 120.00 |
| B160 | A103 | Nov 4/13 | SBB | Reviewing; B160 Fee/Employment Applications; A103 Draft/revise<br><br>sbb-drafted 2nd interim app for fees | 1.50 | 300.00 |
| B100 | A109 | Nov 6/13 | SBB | Reviewing; B320 Plan and Disclosure Statement (including Business Plan; A109 Appear for/attend<br><br>sbb-rev file and issues with client, prepare for, travel and attend hearing on disclosure statement, going to need to make significant changes to disclosure and continue hearing; B100 | 1.60 | 320.00 |
|  |  |  |  | **Our Fee** |  | **$8,388.75** |

NON-TAXABLE EXPENSES:

| Expense Code | Description | Amount |  |
|---|---|---|---|
| 42 | Mailed Objection of Creditors Motion to [ creditors in mailing matrix and Collective Notice. Printing at 58 pages x .10 = $5.80 and 58 x .46 = $19.12. | 24.92 |  |
| 42 | Printing and Mailing of August 2013 Mon Operating Report. | 23.76 |  |
| 42 | COS NOH Plan, Disclosure Statement, a | 515.04 |  |
|  | Total   Non-Taxable Expenses |  | 563.72 |
|  | **Total Expenses** |  | **$563.72** |
|  | TOTAL NEW CHARGES |  | $8,952.47 |